IN RE: S.R.S., a Minor

Petition of: C.A.S., Mother

In re: S.N.G., a Minor

Petition of: C.A.S., Mother

No. 342 EAL 2017
No. 343 EAL 2017

Supreme Court of Pennsylvania.

September 6, 2017

### ORDER

PER CURIAM

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Hakim BLATCH, Petitioner

No. 195 EAL 2017

Supreme Court of Pennsylvania.

September 6, 2017

### ORDER

PER CURIAM

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

Sonya PRIVETTE–JAMES, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD (UNIVERSITY OF PENNSYLVANIA), Respondent

No. 169 EAL 2017

Supreme Court of Pennsylvania.

September 6, 2017

### ORDER

PER CURIAM

**AND NOW**, this 6th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.